UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03138 |
| OLD TIME POTTERY, LLC, ) | Chapter 11 |
| ) | Judge Marian F. Harrison |
| Debtor. ) | |

**RESPONSE TO DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIM**

The Missouri Department of Revenue (MDOR), by its counsel, in support of this Response to Debtor's First Omnibus Objection to Claims, states as follows:

1. Debtors object to claim numbers 193, filed by MDOR in the amount of $2192.21, on the grounds that the liability forming the basis of the claim has been fully satisfied.

2. The basis for Claim 193 is unpaid Consumer Use tax liability for the tax periods June 28 – 30, July 1 – September 30, and October 1 – November 20, 2020 of the taxpayer Old Time Pottery, LLC.

3. The records of the MDOR indicate that no payment has been received on the periods from June 28 to November 20 consumer use tax periods and the entire balance as reflected in Claim 193 remains due.

4. Claim 193 is based on estimated figures due to the fact that the Debtor has failed to file necessary returns for the claim periods. Upon receipt of the returns, the MDOR will amend or withdraw its claim to reflect the actual amount due.

WHEREFORE, based upon the foregoing, the Missouri Department of Revenue respectfully requests that this Court deny Debtor's Objection to Claim number 193, and for any other and

Eric Schmitt, Attorney General
State of Missouri

By: /s/ Steven A Ginther
Steven A. Ginther, MO Bar # 43556
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
E-Mail: sdnyecf@dor.mo.gov
(573) 751-5531 FAX (573) 751-7232
Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Response to Debtors' 1st Omnibus Objection to Claims was filed electronically and served upon all those who receive electronic notification on April 5, 2021

**/s/ Steven A. Ginther**